## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NORRIS BERNARD ELLIS, #166-586 | * | |
| Petitioner | * | |
| | * | |
| v. | * | Civil Action No. WMN-06-1609 |
| | * | |
| NANCY L. ROUSE Warden, et al. | * | |
| Respondents | * | |

oOo
### MEMORANDUM

Petitioner pro se, a state prisoner incarcerated at the Maryland Correctional Institution-Hagerstown, filed this 28 U.S.C. §2254 petition challenging his 1983 convictions in the Circuit Court for Frederick Maryland for second degree rape, kidnapping, and robbery. Counsel for Nancy L. Rouse, Warden of the Maryland Correctional Institution- Hagerstown and J. Joseph Curran, the Attorney General of Maryland, has filed an answer and exhibits seeking dismissal of the Petition. Upon review of the pleadings, the Court finds no need for an evidentiary hearing. *See* 28 U.S.C. Section 2254(e)(2)*;* Rule 8(a), Rules Governing Section 2254 Cases in the United States District Courts*.* The Court will dismiss the Petition without prejudice by separate Order.

On June 19, 1992, this Court denied Ellis's prior § 2254 challenging his convictions. *See Ellis v. Smith*, Civil Action No. WMN-92-1724 (D. Md); aff'd *Norris v. Smith*, 17 F. 3d 1433 (4th (4th Cir. 1994) (unpublished). As such, the instant pleading represents Ellis's second federal collateral challenge to his convictions.

A prisoner may file a second or successive 28 U.S.C. § 2254 petition only if he has obtained authorization from the appropriate federal appeals court, in this case the United States Court of

Appeals for the Fourth Circuit, for the district court to consider the application. *See* 28 U.S.C. §2244(b)(3)(A). Petitioner neither proffers evidence, nor does the record show, compliance with the procedural requirements for a second or successive petition.[1] Consequently, this motion must be dismissed for lack of jurisdiction.[2] *See Evans v. Smith*, 220 F.3d 306, 325 (4th Cir. 2000).

/s/
_____
September 19, 2006
Date                                                                William M. Nickerson
                                                                     United States District Judge

---

[1] The Court will direct the Clerk to mail to Petitioner an information packet for obtaining authorization from the Fourth Circuit.

[2] The Court need not address the issue of timeliness in light of the successive nature of the Petition.